08/12

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

Case No. __16-04763__

Timothy Allen Gordon

Chapter 7

Debtor(s).

/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 932 Brad Street Lansing, MI 48911-4827 Ingham County | Yes | Allstate Insurance | 11/18/2016 | No |
| 2014 Ford F-150 20,000 miles VIN: 1FTFW1EF4EKG04044 Location: 932 Brad Street, Lansing MI 48911-4827 | Yes | Allstate Insurance | 12/5/2016 | Yes |
| 2015 Keystone Passport Trailer VIN: 4YDT25128FT413020 Location: 932 Brad Street, Lansing MI 48911-4827 | Yes | Allstate Insurance | 12/5/2016 | No |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐ No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: __9-16-16__                                              _____
                                                                Timothy Allen Gordon
                                                                Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors